## MISCELLANEOUS DISMISSALS

2007–2158.  State ex rel. Oko v. McDonnell.
Cuyahoga App. No. 90119, 2007-Ohio-5331. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellant has not filed a merit brief, due January 15, 2008, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2007–1954.  State ex rel. McNeal v. Dayton.
Franklin App. No. 06AP–1093, 2007-Ohio-5082.

## CASE ANNOUNCEMENTS
*February 11, 2008*

[Cite as *02/11/2008 Case Announcements,* 2008-Ohio-497.]

## MOTION AND PROCEDURAL RULINGS

2008–0160.  McAllister v. Smith.
Marion App. No. 9-07-45. This cause is pending before the court as an appeal from the Court of Appeals for Marion County. Upon consideration of appellant's motion for appointment of counsel,

It is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS

2007–1661.  State ex rel. Griffin v. Chester Twp. Bd. of Trustees.
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.